**Name** TROY LAMAR JOHNSON

**Address** 1566 NORMANDY DR

PASADENA, CA 91103

**Telephone** (626) 792-2813

☐ Attorney for Debtor(s)

☒ Debtor in Pro Per

(If applicable) Attorney's
State Bar I.D. No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

List all name including trade names, used by Debtor(s) Within last 6 years:

TROY LAMAR JOHNSON
Aka ALICE SMITH
DBA AMERIPRISE SERVICES

Social Security No. ___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___

Social Security No. _____ Joint Debtor

Debtor(s) EIN No. _____

Chapter 13
Case No. 09-14462-VZ _____

DEBTOR'S APPLICATION FOR VOLUNTARY DEBTOR DISMISSAL OF CHAPTER 13 WITH PROOF OF SERVICE AND ORDER THEREON

(No Hearing Required)

LODGED FILED
APR 01 2009
BANKRUPTCY COURT
DISTRICT OF CALIFORNIA
Deputy Clerk

Debtor requests that the above –entitled Chapter 13 case be dismissed, and, pursuant to 11 U.S.C. § 1307 (b), Local Bankruptcy Rule 111(2) and Local General Order No. 1, Paragraph 28, make the following representations in support thereof:

1. ☒ The above –entitled case commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. § § 706, 1112, or 1208; or

   ☐ The above-entitled case was commenced by the filing of a voluntary petition under Chapter __13__ and was converted to a case under Chapter __7__ on _____ .

2. ☒ There is no motion for relief from the automatic stay pending against the debtor and no such motions have been filed in this case; or

   ☐ The following motion for relief from the automatic stay is pending against the debtor or was filed and resolved or dismissed prior hereto:

   _____

3. ☒ The debtor seeks dismissal of this case for the following reasons: __Family has come forward providing me with____ __enough money to allow for me to negotiate and get agreed upon settlements with all of my creditors.____

4. ☐ The debtor has made no arrangements or agreements with any creditor or other person in connection with this application to dismiss; or

   ☒ The debtor has made the following arrangements or agreements with the named creditor or other person in connection with this application to dismiss.  I declare under penalty of perjury that the foregoing is true and correct. (See item No. 3 above)

Executed this ___31st___ day of __March, 2009__ , 20 ___ at _____ PASADENA, CA _____

Presented by:   Debtor in Pro per

TROY LAMAR JOHNSON; in Pro Per

_____
Attorney for Debtor

_____
Debtor

_____
Joint Debtor

Case No. __09-14462-VZ__

## PROOF OF SERVICE

I, the undersigned, hereby certify that I served a copy of the forgoing Application for Voluntary Dismissal of Chapter 7 on the Chapter 7 Trustee and all creditors and other parties in interest at the addresses indicated on the attached sheet(s).

Executed on __3-31-09__ at __412 MOUNT OLIVE DR, LOS ANGELES, CA 91010__, California.

_____

MARTIN TORRES

## ORDER

Having read and considered the forgoing application, it is ORDERED that the above-entitled Chapter 7 case is dismissed.

Dated: _____

_____
United States Bankruptcy Judge

### MAILING LIST

NANCY K CURRY
CH. 13, TRUSTEE
606 S. OLIVE ST, STE 950
LOS ANGELES, CA 90014

OFFICE OF THE US TRUSTEE
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90012

SEE ATTACHED MAILING LIST

-2-

Master Mailing List

Michael M. Le, Atty at Law
1665 Scenic Ave, Ste 200
Costa Mesa, CA 92626


Deutsch Bank National Trust
1665 Scenic Ave, Ste 200
Costa Mesa, CA 92626


Countrywide Home Loans
PO Box 5170
Simi Valley, CA 93062


Countrywide HELOC
PO Box 5170
Simi Valley, CA 93062


Washington Mutual
PO Box 3990
Melbourne, FL 32902


Indymac Bank HELOC
PO Box 3038
Evansville, IN 47730


Bank of America
PO Box 15027
Wilmington, DE 19850


Citifinancial
PO Box
Irving, TX 75014